**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00012-CR**
_____

**CHRISTINA JOY WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D250234-R**

**MEMORANDUM OPINION**

On December 11, 2025, the trial court accepted Christina Joy Wilson's guilty plea on an indictment for possession of a controlled substance and placed Wilson on deferred adjudication community supervision for five years in Trial Court Cause Number D250234-R. On January 9, 2026, Wilson filed a notice of appeal. The District Clerk then sent Wilson's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification, signed on December

1

11, 2025, states that the case "is a plea-bargain case, and the defendant has NO right of appeal[]" and "the defendant has waived the right of appeal."

On January 15, 2026, we notified the parties that we would dismiss the appeal unless the appellant established that the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Wilson has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 17, 2026
Opinion Delivered February 18, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.